UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |  |
|---|---|---|
| HM COMPOUNDING SERVICES, LLC, | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | No. 4:14-CV-1858-JAR |
| EXPRESS SCRIPTS, INC., | | |
| Defendant. | | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff HM Compounding Services, LLC's Emergency Motion for Additional Time to File Responsive Pleading (Doc. No. 111) requesting an extension of thirty (30) days to respond to Express Scripts' motion to dismiss filed October 1, 2014. (Doc. No. 64) The Court granted Defendant Express Scripts, Inc. until noon today, Friday, November 7, 2014, to respond to the motion. The Court is in receipt of Express Script's response (Doc. No. 115) and HM Compounding's reply thereto. (Doc. No. 116)

The Court notes that HM Compounding was previously granted a fourteen (14) day extension following resolution of Express Scripts' motion to transfer to respond to Express Scripts' motion to dismiss. The transfer order was issued on October 27, 2014, making HM Compounding's response due on or before November 10, 2014. Nevertheless, the Court finds it reasonable to give HM Compounding's new counsel Lewis Rice an opportunity to review the case file. The Court further finds that fifteen (15) days is a reasonable amount of time to accomplish this.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff HM Compounding Services, LLC's Emergency Motion for Additional Time to File Responsive Pleading [111] is **GRANTED** in part. HM Compounding is granted an extension of fifteen (15) days, up to and including **November 25, 2014** to file its response to Express Scripts' motion to dismiss.

_____
**JOHN A. ROSS
UNITED STATES DISTRICT JUDGE**

Dated this 7th day of November, 2014.