**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| HM COMPOUNDING SERVICES, LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 4:14-CV-01858 (JAR) |
| EXPRESS SCRIPTS, INC., | ) ) ) |
| Defendant. | ) |

**PLAINTIFFS' MOTION FOR CIVIL CONTEMPT**

COME NOW, Plaintiffs HM Compounding Services, LLC and HMX Services, LLC (together "HMC" or "Plaintiffs"), and for their Motion for Civil Contempt, state as follows:

1. Plaintiffs bring this Motion for Civil Contempt because Defendant Express Scripts, Inc. ("Express Scripts") has intentionally failed to comply with two Temporary Restraining Orders.

2. On September 11, 2014, the Supreme Court of the State of New York, Nassau County, entered a temporary restraining order (the "First TRO") ordering Express Scripts to "reinstate in full force and effect nunc pro tunc" its Provider Agreement with HMC's New Jersey Pharmacy (the "New Jersey Pharmacy"), which Agreement Express Scripts had previously purported to terminate effective September 1, 2014 (*see* Doc. #: 23-2, at 4, ¶ (e)), and enjoining Express Scripts from, among other things, refusing to process and pay claims submitted by HMC. (*See id*, at 3, ¶ (b).)

3. On October 3, 2014, the United States District Court for the Eastern District of New York entered a second temporary restraining order (the "Second TRO") enjoining Express Scripts from engaging in certain conduct. Specifically, paragraph (b) of the Second TRO enjoins Express Scripts:

2064551

> From refusing to process and/or pay claims submitted by the Plaintiff HM Compounding Services, LLC ("HMC") for the payment of prescriptions dated on or after September 11, 2014, or for the refill of an existing refillable prescription after September 11, 2014, for compounded medications prescribed by licensed physicians for their patients, which had heretofore been covered by their insurance.

(*See* Doc. #: 70 at ¶ (b).)

4. Since entry of the TROs, Express Scripts has refused to process and/or pay *a single claim* submitted by the New Jersey Pharmacy on or after September 11, 2014.

5. Express Scripts' refusal to process and pay claims submitted by the New Jersey Pharmacy dated on or after September 11, 2014—which refusal Express Scripts openly admits—is in direct violation of the TROs.

6. This Court has authority to hold a party in civil contempt for violating a court order, and to impose fines to both compensate the party in whose favor the order was entered and to compel the contemnor's compliance. *See Chaganti & Associates, P.C. v. Nowotny*, 470 F.3d 1215, 1224 (8th Cir. 2006) (citing *United States v. United Mine Workers*, 330 U.S. 258, 303 (1947)).

7. Accordingly, HMC respectfully requests that this Court grant HMC's Motion for Civil Contempt and enter an Order:

> a. holding Express Scripts in civil contempt of this Court;
>
> b. imposing on Express Scripts a civil, compensatory fine payable to HMC to compensate it for the damages caused by Express Scripts' violations of the TROs—the amount of the fine to be determined based on documentation submitted by HMC within ten (10) days from the date the contempt order is entered;
>
> c. imposing a prospective civil, coercive fine on Express Scripts of $10,000.00 for each claim it denies in violation of the October 3, 2014 Temporary Restraining Order (Doc. #: 70);

    d.  awarding HMC its costs and attorneys' fees incurred in bringing its Motion for Civil Contempt; and

    e.  granting such other and further relief as the nature of the case may require and as the Court may deem just and proper to compel compliance with the October 3, 2014 Temporary Restraining Order (Doc. #: 70).

8.    In further support of this Motion, HMC incorporates by reference as though fully set forth herein its Memorandum in Support, filed concurrently herewith.

WHEREFORE, HMC respectfully requests that this Court enter an Order granting its Motion and awarding the relief requested herein.

Respectfully submitted,

**LEWIS RICE LLC**

Dated: April 3, 2015      By: /s/ Winthrop B. Reed, III
Winthrop B. Reed, III, #42840MO
Richard B. Walsh, Jr., #33523MO
R. Taylor Matthews III, #60936MO
Oliver H. Thomas, #60676MO
600 Washington Avenue, Suite 2500
St. Louis, Missouri  63101
Telephone:  (314) 444-7600
Facsimile:  (314) 241-6056
E-mail:  wreed@lewisrice.com
        rwalsh@lewisrice.com
        tmatthews@lewisrice.com
        othomas@lewisrice.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing was filed on this 3rd day of April, 2015, with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

                                                       /s/ Winthrop B. Reed, III

Case: 4:14-cv-01858-JAR   Doc. #:  169   Filed: 04/03/15   Page: 4 of 4 PageID #: 3105