UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HM COMPOUNDING SERVICES, LLC, and HMX SERVICES, LLC, | ) ) ) ) ) |
| Plaintiffs, | ) No. 4:14-CV-1858-JAR ) |
| v. | ) ) |
| EXPRESS SCRIPTS, INC., | ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

The parties appeared for a Rule 16 conference on August 26, 2015 but were unable to agree on the scheduling and scope of discovery. The Court then ordered the parties to submit proposed scheduling plans for discovery to the Court. After reviewing the parties' submissions,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Stay Briefing on Summary Judgment [202] is **GRANTED** in part. The parties are granted 90 days from the date of this Order to conduct phased discovery on the issues raised in Defendant's Motion for Partial Summary Judgment. No third party discovery will be conducted at this time without further order of the Court.

**IT IS FURTHER ORDERED** that a Case Management Order will be entered in this matter at a later point in time.

Dated this 3rd day of September, 2015.

_/s/ John A. Ross_
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**