UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HM COMPOUNDING SERVICES, LLC, and HMX SERVICES, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 4:14-CV-1858-JAR ) |
| EXPRESS SCRIPTS, INC., | ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiffs' Motion for Extension of Time to Take Depositions and Respond to Defendant Express Scripts, Inc.'s Motion for Summary Judgment. (Doc. No. 286)

On May 6, 2016, the Court granted in part Plaintiffs' Motion to Compel and ordered Express Scripts to produce the 14,000 pages of documents it had previously withheld as non-responsive or identify why those documents are non-responsive. The Court also ordered Express Scripts to produce any attachments referenced in documents previously produced and to be produced by Express Scripts, and allowed Plaintiffs to take two additional depositions, all before responding to Express Scripts' pending motion for summary judgment. The Court gave the parties up to and including June 6, 2016 to complete this discovery, and up to and including July 6, 2016 for Plaintiffs to respond to Express Scripts' motion. (Doc. No. 285)

Plaintiff asserts that to date, Express Scripts has not yet produced the documents or attachments, leaving it less than two weeks before the June 6 deadline to review the documents Express Scripts produces (assuming Express Scripts produces them in the next few days) and

schedule and take the two additional depositions. Plaintiffs request an extension of the discovery deadline, up to and including **July 6, 2016**, and the deadline to respond to Express Scripts' motion for partial summary judgment, up to and including **July 25, 2016**. Upon consideration, the Court will grant Plaintiff's request.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Extension of Time to Take Depositions and Respond to Defendant Express Scripts, Inc.'s Motion for Summary Judgment [286] is **GRANTED**.

Dated this 24th day of May, 2016.

*John A. Ross*

**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**