# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| HM COMPOUNDING SERVICES, LLC, and HMX SERVICES, LLC, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| EXPRESS SCRIPTS, INC., | ) ) ) |
| Defendant. | ) |

Case No. 4:14-cv-01858 (JAR)

## EXPRESS SCRIPTS, INC.'S OBJECTIONS TO
## HM COMPOUNDING'S AMENDED EXHIBIT LIST

Defendant Express Scripts, Inc. ("Express Scripts") hereby submits the following objections to HM New Jersey's Amended Exhibit List:

| Pre-trial Exhibit Number | Beginning Bates | Ending Bates | Exhibit Item Date | Description | Will Use or May Use | Objection |
|---|---|---|---|---|---|---|
| 3 | Express_Scripts _802_00000120 | Express_Scripts _802_00000140 | 10/2/2013 | Express Scripts, Inc. Pharmacy Provider Agreement (Ex. 5 to Murphy's deposition) | Will Use | |
| 9 | Express_Scripts _802_00001496 | Express_Scripts _802_00001816 | 12/1/2013 | Express Scripts, Inc. Network Provider Manual (complete document) | Will Use | |
| 20 | Express_Scripts _802_00006125 | Express_Scripts _802_00006127 | 11/7/2013 | Email chain RE COMPOUND (Ex. 7 to Klein's deposition) | Will Use | Subject to MIL re non-contract claims; FRE 402; FRE 403 |
| 24 | Express_Scripts _802_00006309 | Express_Scripts _802_00006311 | 4/3/2014 | Email chain RE Meet to discuss Compounds, Audits, etc. (Ex. 24 to Klein's deposition) | Will Use | Subject to MIL re non-contract claims; FRE 402; FRE 403 |

| Pre-trial Exhibit Number | Beginning Bates | Ending Bates | Exhibit Item Date | Description | Will Use or May Use | Objection |
|---|---|---|---|---|---|---|
| 27 | Express_Scripts_802_00006945 | Express_Scripts_802_00006950 | 3/3/2014 | Email chain RE Compounding Questions for Recredentialing (with attachment) (Ex. 7 to Bricker's deposition - not stickered) | Will Use | Subject to MIL re non-contract claims; FRE 402; FRE 403 |
| 34 | Express_Scripts_802_00016139 | Express_Scripts_802_00016141 | 9/9/2014 | Email chain RE HMC Compounding (3198923) (Ex. 34 to Klein's deposition) | Will Use | FRE 402; FRE 403 |
| 48 | Express_Scripts_802_00022732 | Express_Scripts_802_00022735 | 9/12/2014 | Email chain RE HMC Compounding (3198923) (Ex. 35 to Klein's deposition) | Will Use | FRE 402; FRE 403 |
| 69 | Express_Scripts_802_00103336 | Express_Scripts_802_00103622 | 8/1/2013 | Express Scripts, Inc. Network Provider Manual (complete document) | Will Use | |
| 78 | HM005037 | HM005037 | 7/22/2014 \|7/31/2014 \| 8/1/2014 \| 8/4/2014 | (Composite exhibit) Letters and email re termination and request for appeal hearing | Will Use | Subject to MIL re non-contract claims;  FRE 402; improper composite of documents; **Bates number does not exist**; foundation |
| 104 | HMESI001887 | HMESI001887 | 6/6/2014 | Email to "Accounting" RE FW: Contract Information (5810189 PA) | Will Use | FRE 402 foundation |
| 164 | | | 2/19/2010 | Express Scripts - Home Delivery Pharmacy Services Frequently Asked Questions | Will Use | FRE 402 |
| 165 | | | 5/1/2011 | Express Scripts - Home Delivery Pharmacy Services Frequently Asked Questions (DE 303, Ex. 10) | Will Use | FRE 402 |
| 167 | | | 2/13/2014 | Network Pharmacy Weekly - Fraud, Waste & Abuse Updates (Ex. 15 to Stockwell's | Will Use | FRE 402; FRE 403 |

| Pre-trial Exhibit Number | Beginning Bates | Ending Bates | Exhibit Item Date | Description | Will Use or May Use | Objection |
|---|---|---|---|---|---|---|
|  |  |  |  | deposition) |  |  |
| 171 |  |  | 7/9/2014 | ESI letter to HMC Compounding re investigative review; copies of various prescriptions and shipping / tracking information (Ex. 3 to Eich deposition) | Will Use | FRE 402 |
| 180 |  |  | 8/18/2014 | ESI letter to patient re no coverage for compounded medications (Ex. 17 to Stockwell's deposition) | Will Use | Subject to MIL re non-contract claims; FRE 402; FRE 403 |
| 209 | Express_Scripts_802_00000007 | Express_Scripts_802_00000007 | 6/3/2014 | Powerpoint re Compound Management | May Use | Subject to MIL re non-contract claims; FRE 402; FRE 403 |
| 212 | Express_Scripts_802_00000102 | Express_Scripts_802_00000140 | 10/4/2013 | Amended and Restated PSAO Services Agreement (Ex. 11 to Barnes' deposition) | May Use |  |
| 219 | Express_Scripts_802_00001347 | Express_Scripts_802_00001348 | 11/3/2014 | Email chain RE Remittance update | May Use | FRE 402; FRE 403 |
| 220 | Express_Scripts_802_00001407 | Express_Scripts_802_00001409 | 10/2/2014 | Email chain RE HMC Compounding (3198923) (with attachment) | May Use | FRE 402; FRE 403 |
| 253 | Express_Scripts_802_00006969 | Express_Scripts_802_00006970 |  | Chart RE Compound Pharmacy Credentialing Review, Contracting and Termination (Ex. 8 to Barnes' deposition) | May Use | FRE 402 |
| 273 | Express_Scripts_802_00010302 | Express_Scripts_802_00010303 | 7/10/2014 | Network Pharmacy Weekly - Compound Management Program (Ex. 11 to Davis' deposition) | May Use | Subject to MIL re non-contract claims; FRE 402; FRE 403 |
| 283 | Express_Scripts_802_00011829 | Express_Scripts_802_00011831 | 3/21/2014 | Email chain RE SEIU-1199 Request (Ex. 21 to Klein's deposition) | May Use | Subject to MIL re non-contract claims; FRE 402; FRE 403 |
| 298 | Express_Scripts_802_00016054 | Express_Scripts_802_00016056 | 6/11/2014 | Email chain RE NDC's Specific | May Use | Subject to MIL |

| Pre-trial Exhibit Number | Beginning Bates | Ending Bates | Exhibit Item Date | Description | Will Use or May Use | Objection |
|---|---|---|---|---|---|---|
| | | | | Compound Ingredient blocks on September 15 (with attachment) (Ex. 10 to Davis' deposition) | | re non-contract claim; FRE 402; FRE 403 |
| 304 | Express_Scripts_802_00016881 | Express_Scripts_802_00016883 | 2/26/2014 | Email chain RE Compound Pharmacy Credentialing Process (Ex. 14 to Klein's deposition) | May Use | Subject to MIL re non-contract claim; FRE 402; FRE 403 |
| 307 | Express_Scripts_802_00016941 | Express_Scripts_802_00016950 | 3/14/2014 | Email RE Compound Info from ESI - Confidential, with attached 2014 03 14 Compounds RxBenefits.pdf (Ex. 19 to Klein's deposition) | May Use | Subject to MIL re non-contract claim; FRE 402; FRE 403 |
| 318 | Express_Scripts_802_00017813 | Express_Scripts_802_00017813 | 6/17/2014 | Powerpoint - Compound Management Solution | May Use | Subject to MIL re non-contract claim; FRE 402; FRE 403 |
| 320 | Express_Scripts_802_00017814 | Express_Scripts_802_00017815 | 6/16/2014 | Doc Express Scripts Compound Management | May Use | Subject to MIL re non-contract claim; FRE 402; FRE 403 |
| 346 | Express_Scripts_802_00027433 | Express_Scripts_802_00027435 | 7/7/2014 | Email chain RE Pharmacy Compounding | May Use | Subject to MIL re non-contract claim; FRE 402; FRE 403; FRE 802 |
| 352 | Express_Scripts_802_00028358 | Express_Scripts_802_00028368 | | Compound Dashboard (Ex. 8 to Davis' deposition) | May Use | Subject to MIL re non-contract claim; FRE 402; FRE 403 |
| 412 | Express_Scripts_802_00086754 | Express_Scripts_802_00086755 | 9/5/2014 | Email re Conversation with Gavin, John P. | May Use | FRE 402; FRE 403 |
| 433 | Express_Scripts_802_00087417 | Express_Scripts_802_00087417_007 | 11/00/2012 | Document titled "Compound Prescriptions" | May Use | Subject to MIL re non-contract claim; FRE 402; FRE 403 |
| 448 | Express_Scripts_802_00087600 | Express_Scripts_802_00087601 | 7/21/2014 | Email chain RE Compounding Definitions | May Use | Subject to MIL re non-contract claim; FRE 402; |

| Pre-trial Exhibit Number | Beginning Bates | Ending Bates | Exhibit Item Date | Description | Will Use or May Use | Objection |
|---|---|---|---|---|---|---|
| | | | | | | FRE 403 |
| 454 | Express_Scripts_802_00087710 | Express_Scripts_802_00087719 | 11/3/2014 | Email re HM Compounding - Billing issues (Redacted) | May Use | FRE 402; FRE 403; FRE 802 |
| 464 | Express_Scripts_802_00088092 | Express_Scripts_802_00088093 | 6/10/2014 | Email chain FW: Compound Claims - Please Respond by Noon, June 5 (Thurs) | May Use | Subject to MIL re non-contract claim; FRE 402; FRE 403 |
| 474 | HM004588 | HM004588 | 8/6/2014 | Email re Express Scripts Pharmacy Provider Agreement (with attachment) | May Use | **Bates number does not exist**; subject to MIL re Aug. contract; FRE 402; FRE 403; FRE 802; foundation |
| 475 | HM004589 | HM004589 | 8/4/2014 | Express Scripts, Inc. Pharmacy Provider Agreement by and between Express Scripts, Inc., a Delaware corporation, on behalf of itself and Medco Health Solutions, Inc. and HMX Services, LLC, NCPDP #3198923, a pharmacy organized under the laws of the State of New Jersey | May Use | **Bates number does not exist**; subject to MIL re Aug. contract; FRE 402; FRE 403; FRE 802; foundation |
| 477 | HM010276 | HM010276 | 8/18/2014 | Email re 3198923 HM Compounding Status | May Use | **Bates number does not exist**; foundation |
| 484 | HMESI001765 | HMESI001807 | 6/24/2014 | Letter to HM Compounding re investigative review with multiple attachments (Ex. 9 to Ptachcinski's deposition) | May Use | FRE 402 |
| 504 | | | 2/19/2010 | Express Scripts Home Delivery Pharmacy Services FAQs (Reference Doc) (DE 303 Ex. 8) | May Use | FRE 402 |

| Pre-trial Exhibit Number | Beginning Bates | Ending Bates | Exhibit Item Date | Description | Will Use or May Use | Objection |
|---|---|---|---|---|---|---|
| 507 | | | 12/3/2010 | Letter to Alex Chervinsky and Anthony Phillips re PCAB accreditation (Ex. 1 to Reiter's deposition) | May Use | Subject to MIL re NY pharmacy; FRE 402; FRE 403 |
| 511 | | | 8/20/2012 | Administrative Rules \| Law and Public Safety \| Subchapter 27, New Jersey Uniform Prescription Blanks Program (Ex. 15 to Ptachcinski's deposition) | May Use | FRE 402 |
| 526 | | | 3/17/2014 | Certificate of Approval (Fran Malkin PhD) | May Use | FRE 402, FRE 403, foundation |
| 530 | | | 5/30/2014 | Word version of letter re acceptance of application to participate in an ESI network and outlining missing documents or discrepancies (HM Compounding, NCPDP# 3198923) | May Use | FRE 402, FRE 403, foundation; **native document not produced in discovery** |
| 535 | | | 6/14/2014 | Word version of follow-up letter re acceptance of application to participate in an ESI network and outlining missing documents or discrepancies (HM Compounding, NCPDP# 3198923) | May Use | FRE 402, FRE 403, foundation; **native document not produced in discovery** |
| 544 | | | 8/14/2014 | Express Scripts, Inc. Pharmacy Provider Agreement (Contract Number: NCM211217) | May Use | Subject to MIL re Aug. contract; FRE 402; FRE 403; FRE 802; foundation |
| 555 | | | 2/5/2015 | Letter from Jeff Dykes, Director, Stat Group Insurance, to Mark Wermos, Vice President, General | May Use | Subject to MIL re non-contract claims; FRE 402; FRE 403; |

| Pre-trial Exhibit Number | Beginning Bates | Ending Bates | Exhibit Item Date | Description | Will Use or May Use | Objection |
|---|---|---|---|---|---|---|
| | | | | Manager, Express Scripts, Inc. re: pharmacy drug claim overpayments | | **not produced in discovery** |

06817-00022/10530992.1
4824-3447-2826.1

DATED:   November 12, 2018            Respectfully submitted,

                                                HUSCH BLACKWELL LLP

*/s/ Christopher A. Smith*
Christopher A. Smith, #53266MO
Sarah C. Hellmann, #50373MO
Jason M. Husgen, #66761MO
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
P: (314) 480-1500
F: (314) 480-1505
chris.smith@huschblackwell.com
sarah.hellmann@huschblackwell.com
jason.husgen@huschblackwell.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Michael J. Lyle*
Michael J. Lyle (*pro hac vice*)
Eric C. Lyttle (*pro hac vice*)
Meghan A. McCaffrey (*pro hac vice*)
1300 I Street NW, Suite 900
Washington, DC 20005
P: (202) 538-8000
F: (202) 538-8100
mikelyle@quinnemanuel.com
ericlyttle@quinnemanuel.com
meghanmccaffrey@quinnemanuel.com

***Attorneys for Defendant Express Scripts, Inc.***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 12, 2018, a copy of the foregoing and all related documents were filed with the clerk of the court using the CM/ECF system that will automatically send email notification of such filing to:

Lawrence Ashe
lashe@bsfllp.com
Andrew Brenner
abrenner@bsfllp.com
Tyler Ulrich
tulrich@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131
Tel: 305-539-8400
Fax: 305-539-1307

*Attorneys for Plaintiffs*

*/s/* Christopher A. Smith