**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HM COMPOUNDING SERVICES, LLC, and HMX SERVICES, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 4:14-cv-01858 (JAR) |
| v. | ) ) | |
| EXPRESS SCRIPTS, INC. | ) ) | |
| Defendant. | ) | |

**DEFENDANT'S OBJECTIONS AND COUNTER DESIGNATIONS**
**TO PLAINTIFFS' DEPOSITION DESIGNATIONS**

Defendant Express Scripts, Inc. hereby respectfully submits its objections and counter designations to Plaintiffs' Deposition Designations. Express Scripts will submit, at the November 8, 2018 Pre-Trial Conference, highlighted and annotated deposition transcripts showing deposition designations, counter designations, and objections as applicable.

## WENDY BARNES, February 5, 2016

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 4:15-4:21 | | |
| 10:23-11:11 | | |
| 56:17-57:17 | FRE 402, 403 | |
| 74:7-74:21 | FRE 402 | |
| 75:20-75:24 | FRE 402, 403 | |
| 76:1-76:9 | FRE 402, 403 | 76:10-22 |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 80:19-80:22 | | |
| 82:16:84:17 (ending with "them.") | FRE 402 | |
| 94:2-94:7 | FRE 402 | |
| 96:13-96:22 | FRE 402, 403 | 96:24-97:3 |
| 97:4-97:17 | FRE 402, 403 | |
| 97:22-98:7 | FRE 402, 403 | 98:8-21, 98:23-99:18, 99:19-100:6 |
| 101:25-102:5 | FRE 402, 403 | |
| 102:25-103:7 | FRE 402, 403 | 103:9-19 |
| 164:17-166:9 | FRE 402, 403 | 166:17-167:10, 167:16-23, 191:7-10, 191:12-17, 191:18-21, 191:24-192:7 |
| 211:9-211:17 | FRE 402 | 211:18-212:1, 212:6-13 |

### BLAKE STOCKWELL, July 20, 2018

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 5:16-5:18 | FRE 402 | |
| 9:1-10:11 | FRE 402, Mischaracterizes Document, Completeness | 10:12-10:16, 11:18-11:25, 14:11-15:5, 16:12-16:20 |
| 10:17-11:1 | FRE 402 | |
| 12:1-12:4 | FRE 402 | |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 20:7-20:16 | FRE 402 | 18:4-18:22, 20:17-20:19 |
| 22:20-22:22 | FRE 402 | |
| 23:2-23:13 | FRE 402, Scope, No Personal Knowledge, Mischaracterizes Document | 23:14-23:19 |
| 24:11-24:13 | FRE 402 | |
| 25:4-25:7 | FRE 402, Scope, No Personal Knowledge | |
| 25:9-25:19 | FRE 402, 403, Scope, No Personal Knowledge, Calls for Legal Conclusion | |
| 25:25-27:4 | FRE 402, FRE 403, Scope, No Personal Knowledge, Calls for Legal Conclusions, Subject to MIL | |
| 31:9-31:11 | FRE 402, 403, Subject toMIL | 31:12-31:14 |
| 31:18-31:24 | Completeness, FRE 402, 403, Subject to MIL | 31:16-31:17, 31:25-32:6 |
| 32:7-32:25 | FRE 402, FRE 403, Scope, Subject to MIL | 33:1 |
| 33:2-33:17 | FRE 402, FRE 403, Scope, Subject to MIL | 33:18-34:1, 34:7-34:11, 35:10-35:14, 37:10-38:3 |
| 36:3-36:7 | FRE 402, FRE 403, Foundation, Scope | |
| 38:7-39:20 | FRE 402, FRE 403, Scope, Subject to MIL, Mischaracterizes Document (39:17-20) | |
| 39:22-40:2 | FRE 402, FRE 403, Scope, Calls for Legal Conclusion, No Personal Knowledge, Subject to MIL | |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 40:5-40:9 | FRE 402, FRE 403, Scope, Subject to MIL | |
| 40:13 | FRE 402, FRE 403, Scope, Subject to MIL | |
| 40:17-40:24 | FRE 402, FRE 403, Scope, Subject to MIL, Calls for Legal Conclusion | 40:25-41:1 |
| 41:2-41:9 | FRE 402, FRE 403, Scope, Subject to MIL, Calls for Legal Conclusions | |
| 41:18-41:23 | FRE 402, FRE 403, Scope, Subject to MIL | |
| 41:25-42:2 (ending with "contract.") | FRE 402, Completeness, FRE 403, 406, Scope | 42:3-42:6 |
| 42:20-43:1 | FRE 402 | |
| 43:5-43:8 | FRE 402, 403 | |
| 43:10-43:15 | FRE 402, 403 | |
| 43:17-43:20 | FRE 402, 403 | |
| 44:19-44:24 | FRE 402 | 44:12-44:18, 44:25-25:3 |
| 45:5-45:10 | FRE 402, Completeness | 45:11-45:12 |
| 45:13-45:22 | Assumes Facts Not in Evidence, Scope, FRE 402, 403 | 45:23 |
| 45:24-46:6 | Assumes Facts Not in Evidence, Scope, FRE 402, 403 | |
| 47:13-48:22 | FRE 402, 403 | 48:23-49:19 |
| 50:11-50:25 | FRE 402 | 50:1-50:10 |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 58:22-59:1 | FRE 402, 403 | |
| 59:8-61:17 | FRE 402, 403 | |
| 61:19-61:20 | FRE 402, 403, Foundation | |
| 63:5-63:9 | FRE 402, 403, Scope, Mischaracterizes Testimony | |
| 63:12-63:14 | FRE 402, 403, Scope, Mischaracterizes Testimony | |
| 64:11 (starting with "Large")- 64:15 | FRE 402, 403 | 64:15-64:25, 65:12-66:1, 66:14-67:9 |
| 68:8-70:8 | FRE 402, 403 | |
| 70:10-71:5 | FRE 402, FRE 403, Vague, Mischaracterizes Document | 71:6-71:13 |
| 71:14-71:16 | FRE 402 | 71:17-71:19, 71:21-72:14, 72:16-72:19 |
| 72:21-73:25 | FRE 402, 403, Scope, No Personal Knowledge | |
| 74:13-74:18 | FRE 402, 403, Scope, No Personal Knowledge | |
| 74:20-74:22 | FRE 402, 403, Scope, No Personal Knowledge | |
| 82:18-82:20 | FRE 402, FRE 403 | |
| 84:2-85:6 | FRE 402 | |
| 85:8-85:9 (ending with "be.") | FRE 402,Completeness | 85:9-85:15 |
| 85:16-85:19 | FRE 402, 403, Scope, No Personal Knowledge | |
| 85:21-85:22 (ending with "pharmacies,") | Completeness, FRE 402, 403, Scope, No Personal Knowledge | 85:22-86:6 |
| 87:1-87:14 | FRE 402, 403 | |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 88:13-88:15 | FRE 402 | |
| 88:19-91:3 | FRE 402 | |
| 91:5-91:12 | FRE 402 | |
| 91:14-91:25 | FRE 402 | |
| 107:9-107:12 | FRE 402, FRE 403, Scope, No Personal Knowledge | 107:13-107:18 |
| 107:19-108:2 | FRE 402, FRE 403, Scope, No Personal Knowledge | 108:4-108:4 |
| 113:11-113:13 | FRE 402, FRE 403, No Personal Knowledge | 113:17-113:22 |
| 113:23-115:1 | FRE 402, FRE 403, FRE 802, Scope, No Personal Knowledge, Subject to MIL | |
| 115:3-115:11 | FRE 402, FRE 403 | |
| 115:13-115:15 | FRE 402, FRE 403, Scope, Foundation, No Personal Knowledge | |
| 116:18-116:23 | FRE 402, FRE 403 | |
| 118:4-118:6 | FRE 402, FRE 403, Scope, Subject to MIL | |
| 120:1-120:5 | FRE 402, FRE 403, Scope, No Personal Knowledge, Subject to MIL | |
| 120:8-120:10 | FRE 402, FRE 403, Scope, No Personal Knowledge, Subject to MIL | |
| 124:13-125:8 | FRE 402 | 125:9-125:22, 162:9-162:24, 166:17-167:5 |
| 125:23-126:13 | FRE 402 | |

6

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 133:5-133:13 | FRE 402, FRE 403 | |
| 135:14-138:4 | FRE 402, FRE 403, FRE 802, No Personal Knowledge, Compound | 171:2-171:12, 171:14-172:11, 172:14-172:23 |
| 138:17-138:20 | FRE 402, Scope, No Personal Knowledge | 138:5-138:16 |
| 138:22-139:3 | FRE 402, FRE 403, Vague, Ambiguous | 139:4 |
| 139:5-139:8 | FRE 402 | 139:9-140:4 |
| 146:13-146:19 | FRE 402, FRE 403, Subject to MIL | |
| 154:25-155:11 | FRE 402, FRE 403, Subject to MIL, Calls for Legal Conclusion | 155:12-155:13 |
| 155:15-155:18 | FRE 402 | 155:19-156:18 |
| 156:22-156:24 | FRE 402, FRE 403, MIL, Calls for Legal Conclusion, Compound, Foundation | |
| 157:4-157:5 (ending with "case") | Completeness, FRE 402, FRE 403, MIL, Calls for Legal Conclusion, Compound, Foundation | 157:5-157:6 |
| 157:16-158:4 | FRE 402, FRE 403, MIL | |
| 159:2-159:5 | FRE 402, FRE 403, No Personal Knowledge | |
| 160:5-161:23 | FRE 402, Completeness | 159:19-160:4, 162:9-162:24, 197:22-198:6 |
| 168:11-168:24 | FRE 402 | 168:25-169:11 |
| 181:2-181:5 | FRE 402, 403 | 183:1-183:20 |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 185:20-185:24 | FRE 402, 403 | |
| 186:7-188:3 | FRE 402, 403 | 188:4-188:5 |
| 188:6-188:7 | FRE 402, 403 | 188:8-188:17 |
| 190:3-190:6 (ending with "not.") | Completeness, FRE 402, 403 | 190:6-191:7 |
| 209:25-210:5 | FRE 402, 403, Subject to MIL | 210:6-210:13 |
| 210:14-211:16 | FRE 402, 403, Scope, No Personal Knowledge | |
| 211:18-212:7 | FRE 402, 403, Subject to MIL, Foundation (211:12-22) | |
| 214:18-215:21 | FRE 402, 403, Subject to MIL | |
| 215:23-216:4 (ending with "questionnaire") | FRE 402, 403, Subject to MIL | |
| 216:24-217:18 | FRE 402, Completeness | 216:22-216:23, 217:19-218:4 |
| 218:16-218:20 | FRE 402, 403, Misstates Record | 218:21-219:4 |
| 219:12-219:23 | FRE 402, 403, Misstates Record | 219:24-220:3 |
| 221:12-221:18 | FRE 402 | 221:19-221:22 |
| 222:24-223:2 | FRE 402 | |
| 223:10-223:14 | FRE 402, 403 | 223:15-223:19 |
| 224:3-224:6 | FRE 402 | |
| 224:8-224:10 | FRE 402 | 224:11-224:20 |
| 227:16-228:16 | FRE 402, 403 | |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 228:18-229:5 | FRE 402, 403, Misstates Record | |
| 229:7-229:19 | FRE 402, 403, Misstates Record | |
| 229:21-230:6 | FRE 402, 403, Misstates Record | |
| 230:8-230:10 | FRE 402, 403, Misstates Record | |
| 239:18-240:11 | FRE 402, 403, Subject to MIL | |
| 240:20-241:11 | FRE 402, 403, Subject to MIL, Scope | |
| 241:20-241:21 | FRE 402, 403, Subject to MIL, Scope | |
| 242:24-243:3 | FRE 402, 403, Scope, Subject to MIL, No Personal Knowledge | |
| 243:5-243:13 | FRE 402, 403, Scope, Subject to MIL, No Personal Knowledge | |
| 243:15-243:19 | FRE 402, 403, Scope, Subject to MIL, No Personal Knowledge | |
| 245:12-245:22 | FRE 402, 403, Scope, Subject to MIL, Foundation | |
| 245:25-246:8 | Completeness, FRE 402, 403, Subject to MIL, Foundation | 246:10-246:15, 246:17-246:24 |
| 246:25-247:6 | FRE 402, 403, Subject to MIL | |
| 247:12-247:24 | FRE 402, 403, Subject to MIL | |
| 248:9-248:16 | FRE 402, 403, Subject to MIL | |
| 249:19-249:22 | FRE 402, 403, Subject to MIL | 249:23-250:7, 250:22-251:3 |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 251:4-251:15 | FRE 402, FRE 403, Subject to MIL | 252:22-253:18, 255:4-257:16 |
| 251:17-251:22 | FRE 402, 403, Subject to MIL | |
| 78:2-278:9 | FRE 402 | |
| 278:11-278:20 | FRE 402, FRE 403, Vague, Ambiguous | |
| 280:7-281:7 | FRE 402 | 281:8-282:18 |

**BARRY A. REITER, January 18, 2018**

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 7:18-8:17 | FRE 402, 403 (8:10-8:17) | Completeness, omits swearing in (7:10-7:17) |
| 9:5-9:14 | FRE 402 | 175: 23 – 176:2, 176:4 |
| 9:16-10:6 | FRE 402, 611 (10:4-6) | 175:23 – 176:2: 176:4 |
| 10:8-10:15 | FRE 402, FRE 611 (10:8, 10:13-15) | |
| 10:17-12:4 | FRE 402 | |
| 15:5-19:5 | FRE 402, 403, 611 (19:2-4) | |
| 19:7-19:12 | FRE 402, 403, 611 | |
| 19:14-19:19 | FRE 402, 403, 611 | |
| 19:21-19:24 | FRE 402, 611 | 183:12 – 184:1 |
| 27:19-28:12 | FRE 402, 403 | |
| 28:14-29:7 | FRE 402, 403 | |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 29:9-30:15 | FRE 402 | |
| 30:17-32:2 | FRE 402, 403 | |
| 32:5-32:10 | FRE 402 | |
| 32:17-33:22 | FRE 402 | |
| 33:24-36:9 | FRE 402 | |
| 36:11-37:8 | FRE 402 | |
| 37:10-37:22 | FRE 402, 611 | |
| 37:24-38:13 | FRE 402, 611 | |
| 38:15-39:18 | FRE 402, 403 | |
| 40:4-40:21 | FRE 402, FRE 611 | 237:18 – 24, 238: 2-5, 238: 6-14, 238:18-22, 238:24, 238:25 – 239:6, 239: 8-17, 239:19 |
| 40:23-41:15 | FRE 402, FRE 611 | 237:18 – 24, 238: 2-5, 238: 6-14, 238:18-22, 238:24, 238:25 – 239:6, 239: 8-17, 239:19 |
| 41:17-41:17 | FRE 402, FRE 611, Foundation | 237:18 – 24, 238: 2-5, 238: 6-14, 238:18-22, 238:24, 238:25 – 239:6, 239: 8-17, 239:19 |
| 42:18-42:20 | FRE 402, FRE 611 | 237:18 – 24, 238: 2-5, 238: 6-14, 238:18-22, 238:24, 238:25 – 239:6, 239: 8-17, 239:19 |
| 2:22 | FRE 402, FRE 611 | |
| 43:22 (starting with "in")- 45:4 | FRE 402, FRE 611 | |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 45:6-45:10 | FRE 402, Completeness | 45:10-22 |
| 45:23-46:7 | FRE 402, FRE 611 | |
| 46:9 | FRE 402, FRE 611 | 264:22 – 265:6 |
| 46:16-47:12 | FRE 402, Completeness | 46:10 – 46:17 |
| 47:14-48:9 | FRE 402 | |
| 48:11-49:4 | FRE 402, 403, 611 | |
| 49:6-50:4 | FRE 611, 402, 403 | 270:2-16, 270:18-19 |
| 50:6-50:19 | FRE 402, FRE 611 | |
| 51:18-51:23 | FRE 402, FRE 611 | |
| 51:25 | FRE 402, FRE 611 | |
| 52:8-52:11 | FRE 402, FRE 611 | |
| 52:13-52:17 | FRE 402, FRE 611 | |
| 52:19-53:2 | FRE 402 | |
| 53:12-53:24 | FRE 402 | |
| 54:5-54:8 | FRE 402, FRE 611 | |
| 54:10-54:13 | FRE 402, FRE 611 | |
| 54:15-54:19 | FRE 402, FRE 611 | |
| 55:4-55:6 | FRE 402, FRE 611 | |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 55:10-55:14 | FRE 402, 611 | |
| 55:16-55:18 | FRE 402, 403, 611 | |
| 56:22-56:23 | FRE 402 | |
| 56:25-58:14 | FRE 402, 403, 611 | |
| 58:16 | FRE 611, 402 | |
| 59:5-59:11 | FRE 402, 403, 611 | |
| 59:13-59:16 | FRE 402, 403, 611 | |
| 59:18-60:2 | FRE 402, 403, 611 | |
| 60:6-60:10 | FRE 402, 403, 611 | |
| 60:12-60:16 | FRE 402, 403, 611 | |
| 60:18-61:21 | FRE 402, 403, 611 | |
| 61:23-61:24 | FRE 402, 403, 611 | |
| 62:4-62:7 | FRE 402, 403, 611 | |
| 62:9-63:1 | FRE 402, 403, 611 | |
| 63:3-63:6 | FRE 402, 403, 611 | |
| 63:8-64:18 | FRE 402, 403, 611 | |
| 65:25-67:21 | FRE 402, 403 | |
| 68:8-68:20 | FRE 402, 403, 611 | |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 69:10-69:24 | FRE 402, 403 | |
| 70:15-71:5 | FRE 402, 403 | |
| 71:13-71:19 | FRE 402, 403 | |
| 78:4-78:10 | FRE 402, 403 | |
| 78:22-79:6 | FRE 402, 403, 801 | |
| 79:16-79:24 | FRE 402, 403, 611, 801 | |
| 80:5-80:21 | FRE 402, 403, 611, 801 | |
| 81:5-81:7 | FRE 402, 403 | |
| 81:9 | FRE 402, 403 | |
| 82:18-83:6 | FRE 402, 403, 611, 801 | |
| 83:8-83:23 | FRE 402, 403, 611, 801 | |
| 83:25-85:9 | FRE 402, 403, 611, 801 | |
| 85:11-85:13 | FRE 402, 403, 611, 801 | |
| 85:17-85:20 | FRE 402, 403, 611 | |
| 86:10-88:3 | FRE 402, 403, 611, 801 | |
| 88:5-88:9 | FRE 402, 403, 611, 801 | |
| 88:11-88:15 | FRE 402, 403, 611, 801 | |
| 88:17-88:25 | FRE 402, 403, 611, 801 | |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 89:21-90:14 | FRE 402, 403, 801 | |
| 90:20-90:22 | FRE 402 | |
| 92:18-92:21 | FRE 402, 403, 611, 801 | |
| 92:23-93:5 | FRE 402, 403, 611, 801 | |
| 93:14-94:7 | FRE 402, 403, 611, 801 | |
| 94:9-94:14 | FRE 402, 403 | |
| 95:3 (starting with "did")- 95:6 | FRE 402, 403, 611 | |
| 95:8 | FRE 402, 403, 611 | |
| 95:21-95:22 | FRE 402, 403, 611 | |
| 95:24-95:24 | FRE 402, 403, 611 | |
| 96:22-99:2 | FRE 402, 403, 611 | |
| 99:4-99:8 | FRE 402, 403, 611 | |
| 99:10-99:20 | FRE 402, 403, 611 | |
| 101:23-101:24 | FRE 402, 403 | |
| 102:3-102:9 | FRE 402, 403 | |
| 104:11-104:18 | FRE 402 | |
| 104:20-104:23 | FRE 402, 403 | |
| 104:25-105:7 | FRE 402, 403, 611 | |

| Designation | Designation Objection | Counter Designation |
|:---:|:---:|:---:|
| 105:10-105:13 | FRE 402, 403, 611 | |
| 105:15-105:22 | FRE 402, 403 | |
| 105:24-106:2 | FRE 402, 403, 611 | |
| 106:4-106:12 | FRE 402, 403, 611, 801 | |
| 106:14-106:17 | FRE 402, 403, 611 | |
| 106:19-107:1 | FRE 402, 403, 611 | |
| 107:3-107:15 | FRE 402, 403, 801 | |
| 107:18-108:1 | FRE 402, 403, 801 | |
| 108:3-108:19 | FRE 402 | |
| 108:21-109:18 | FRE 402 | |
| 110:4-110:11 | FRE 402 | |
| 110:13-111:6 | FRE 402 | |
| 111:8-111:9 | FRE 402 | |
| 111:11-111:15 | FRE 402 | |
| 111:17-111:22 | FRE 402 | |
| 111:25-113:1 | FRE 402 | |
| 113:3-113:22 | FRE 402, 403 | |
| 113:24-114:11 | FRE 402, 403, 611 (114:6-11) | |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 114:13-114:24 | FRE 402, 403, 611 (114:21-24) | |
| 115:1-115:10 | FRE 402, 403, 611 | |
| 115:12-116:13 | FRE 402, 403 | |
| 116:15-116:16 | FRE 402, 403, 611 (117:19-22) | |
| 116:18-117:22 | FRE 402, 403 | |
| 117:24-118:9 | FRE 402, 403, 611 (117:24-25, 118:6-9) | |
| 118:11-118:16 | FRE 402, 403 | |
| 118:19-118:23 | FRE 402, 403 | |
| 118:25-119:4 | FRE 402, 403 | |
| 119:6-119:11 | FRE 402, 403, 611 (119:6-11) | |
| 19:13-120:3 | FRE 402 | |
| 120:18-121:4 | FRE 402, 403, 801, 611 | |
| 121:6-121:14 | FRE 402, 403, foundation | |
| 121:16-121:21 | FRE 402, 403, foundation | |
| 122:19-122:23 | FRE 402, 403, 611, foundation | |
| 122:25-123:12 | FRE 402, 403, 611, foundation, | |
| 123:14-123:20 | FRE 402, 403, 611 (123:9-15) | |
| 124:5-124:9 | FRE 402, 403, 611 | |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 124:11-124:16 | FRE 402, 403, 611 | |
| 124:18-125:7 | FRE 402, 403 | |
| 125:12-125:16 | FRE 402, 403, 611 | |
| 125:18-125:18 | FRE 402, 403, 611 | |
| 126:6-126:14 | FRE 402 | |
| 127:21-128:3 | FRE 402 | |
| 128:15-128:22 | FRE 402, Foundation, Authentication | |
| 129:4-129:6 | FRE 402, Foundation, Authentication | |
| 129:8 | FRE 402, Foundation | |
| 130:2-130:7 | FRE 402, Foundation | 270:2-16, 270:18-19 |
| 130:9-131:3 | FRE 402, 403, Foundation FRE 611 (130:25-131:3) | 270:18-19, 264:22-265:6 |
| 131:5-131:8 | Foundation, FRE 611 (131:5-8), FRE 402, 403 | |
| 131:10-131:13 | FRE 402, 403, 611 (131:10-13), FRE 801 | |
| 131:15 | FRE 402, 403, 611 (131:10-13), FRE 801 | |
| 132:5 | FRE 402, Foundation, Authentication | |
| 132:9-132:14 | FRE 402, Foundation, Authentication | |
| 133:19-134:15 | FRE 402, 403, Authentication, FRE 611, Mischaracterization of Document (134:9-15) | |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 134:18-134:18 | FRE 402, 403, Authentication, FRE 611, mischaracterization of document (134:9-15) | |
| 135:3-135:6 | FRE 402, 403, 611 | |
| 135:19-136:4 | FRE 402, 403, 611, 801 | |
| 136:6-136:12 | FRE 402, 611 (154:6-12) | |
| 136:14 | FRE 402, 611 (154:6-12) | |
| 139:6-139:7 | FRE 402, FRE 611 (139:6-7) | 254:2-9 |
| 139:9 | FRE 402, FRE 611 (139:6-7) | 254:11-18 |
| 141:19-142:18 | FRE 402 | |
| 142:20-142:24 | FRE 402, FRE 611 (142:20-24) | |
| 143:1-143:5 | FRE 402, FRE 611 (143:3-5) | |
| 143:7-143:9 | FRE 611 | |
| 143:11-143:13 | FRE 611 | |
| 143:15 | FRE 611 | |
| 155:7-155:10 | FRE 402, 403, 611, Mischaracterizes Testimony | |
| 155:12-155:24 | FRE 402, 403, 611 (155:12, 155:21-24) | 207:2-10, 207:11-15, 208:11-14 |
| 156:1-156:2 | FRE 402, FRE 611 | |
| | FRE 402 | 175:23-176:2 |

19

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| | | 176:4 |
| | | 202:13-16 |
| | | 207:2-10 |
| | | 207:11-15 |
| | | 208:11-14 |
| | | 238:6-14 |
| | | 238:16-23 |
| | | 238:24 |
| | | 238:25-239:6 |
| | | 239:8-17 |
| | | 250:9-17 |
| | | 251:23-252:6 |
| | | 252:10-11 |
| | | 254:2-9 – 254:11-18 |
| | | 274:22-275:1 |
| | | 275:3-6 |
| | | 275:8-15 |
| | | 305:9-14 |

## MICHAEL L. KLEIN 30(b)(6), March 25, 2015

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 4:9 | FRE 402 | |
| 9:15-9:17 | FRE 402 | |
| 10:5-10:15 | FRE 402 | |
| 10:21-10:25 | FRE 402, Completeness | 11:1-11:14, 11:15-12:11 |
| 14:2-14:8 | FRE 402 | |
| 14:19-15:4 | FRE 402 | |
| 15:9-15:23 | FRE 402 | |
| 16:7-17:14 | FRE 402 | |
| 18:7-18:14 | FRE 402 | |
| 18:19-19:6 | FRE 402 | 19:4-20:4, 20:8-20:20 |
| 20:21-21:21 | FRE 402, Completeness | 21:22-22:3, 22:4-22:15 |
| 23:10-23:19 | FRE 402 | 23:24-24:17 |
| 24:18-24:21 | FRE 402, 403 | |
| 25:12-25:18 | FRE 402 | 26:19-26:25 |
| 27:1-27:11 | FRE 402 | |
| 27:18-27:24 | FRE 402 | 27:25-28:5 |
| 28:6-28:15 | FRE 402 | 28:25-29:4 |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 29:5-29:18 | FRE 402 | |
| 29:23-30:2 | FRE 402 | 30:2-4 |
| 30:5-30:7 | FRE 402 | |
| 30:16-30:23 | FRE 402 | 31:9-32:2 |
| 43:1-43:3 | FRE 402 | 43:4-43:9, 44:7-45:2, 47:20-48:4, 49:4-49:7 |
| 55:8-57:6 | FRE 402, 403 | |
| 57:14-57:16 | FRE 402, 403 | |
| 57:18-57:20 | FRE 402, 403 | |
| 57:22-59:2 | FRE 402, 403 | |
| 59:5-59:21 | FRE 402, 403 | |
| 62:16-62:19 | FRE 402, 403 | |
| 62:22 | FRE 402, 403 | |
| 63:5-63:7 | FRE 402, 403 | |
| 63:9-63:23 | FRE 402, 403 | |
| 64:1-64:2 | FRE 402, 403 | |
| 66:16-66:17 | FRE 402, 403 | |
| 66:20-66:21 | FRE 402, 403, Testimony of Counsel | |
| 66:25-67:10 | FRE 402, 403, Testimony of Counsel | |

| Designation | Designation Objection | Counter Designation |
|:---:|:---:|:---:|
| 75:22-75:23 | FRE 402 | |
| 77:20-78:12 | FRE 402, 403 | |
| 80:9-81:7 | FRE 402, 403 | |
| 82:2-82:13 | FRE 402, 403 | |
| 82:15-82:17 | FRE 402 | |
| 82:20-82:22 | FRE 402 | |
| 83:21-84:1 | FRE 402, 403 | |
| 84:6-85:3 | FRE 402 | |
| 85:5-85:11 | FRE 402 | |
| 108:8-108:12 | FRE 402 | |
| 108:15 | FRE 402 | |
| 111:9 (starting with "But")- 111:20 | FRE 402, Completeness | 110:19-111:4, 111:7-111:8, 111:20-111:24 |
| 116:9-116:23 | FRE 402, 403 | |
| 118:5-119:3 | FRE 402, 403, Foundation | |
| 119:6-119:15 | FRE 402, 403 | |
| 119:17-120:14 | FRE 402, 403 | |
| 120:16-121:6 | FRE 402, 403 | |
| 121:10-121:16 | FRE 402, 403 | |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 121:18-122:25 | FRE 402, 403 | |
| 125:24-126:8 | FRE 402, 403, Completeness | 126:9-126:10 |
| 127:22-128:8 | FRE 402, 403 | |
| 128:11-128:21 | FRE 402, 403 | |
| 129:6-129:14 | FRE 402, 403 | |
| 130:7-130:12 | FRE 402, 403, Compound | |
| 130:14 | FRE 402, 403, Compound | |
| 130:17-131:7 | FRE 402, 403, Compound, Vague | |
| 131:15-132:9 | FRE 402, 403, Foundation, Vague | |
| 132:11-132:11 | FRE 402, 403, Foundation, Vague | 132:24-133:10 |
| 133:11-133:17 | FRE 402, 403 | |
| 134:1-134:3 | FRE 402, 403 | |
| 136:4-136:25 | FRE 402, 403 | |
| 143:20-144:11 | FRE 402, 403, Compound | |
| 144:15-144:22 | FRE 402, 403, Compound | |
| 145:25-146:9 | FRE 402, 403 | |
| 147:20-148:4 | FRE 402, 403, Vague | |
| 148:7-148:8 | FRE 402, 403, Vague | |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 155:9-155:15 | FRE 402, 403 | |
| 164:18-164:21 | FRE 402, 403 | 162:14-162:17 |
| 164:25-165:20 | FRE 402, 403 | |
| 165:22 | FRE 402, 403 | |

**MICHAEL L. KLEIN, February 25, 2016**

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 10:19-10:20 | FRE 402, 403 | 12:12-14, 12:16-18, 13:19-22 |
| 52:7-52:12 | FRE 402, 403 | |
| 52:19-52:23 | FRE 402, 403 | |
| 54:17-54:19 | FRE 402, 403 | |
| 67:1-67:8 | FRE 402, 403 | |
| 75:2-75:4 | FRE 402 | |
| 75:6-75:9 | FRE 402 | |
| 75:11-75:11 | FRE 402 | |
| 82:6-82:7 | FRE 402 | |
| 82:9-82:10 | FRE 402 | 82:11-13 |
| 82:14-83:3 | FRE 402 | |

| Designation | Designation Objection | Counter Designation |
|:---:|:---:|:---:|
| 83:5-83:12 | FRE 402 | |
| 87:21-88:9 | FRE 402, 403 | 88:10-20 |
| 89:18-90:3 | FRE 402 | 90:4-8, 90:9-11, 90:13-18 |
| 90:19-93:9 | FRE 402, 403 | |
| 93:17-94:4 | FRE 402, 403 | |
| 94:6-94:16 | FRE 402, 403 | |
| 94:18-95:10 | FRE 402, 403 | 95:11-96:10 |
| 96:11-96:20 | FRE 402, 403 | |
| 96:22-96:24 | FRE 402, 403 | 97:12-17, 97:18-23 |
| 102:16-102:19 | FRE 402, 403 | |
| 104:2-104:3 | FRE 402, 403 | |
| 104:5-104:7 | FRE 402, 403 | |
| 106:20-107:7 | FRE 402, 403 | 106:14-19 |
| 107:18-107:22 | FRE 402, 403 | 107:8-17 |
| 107:24-108:5 | FRE 402, 403 | |
| 108:20-108:22 | FRE 402, 403 | |
| 108:24-109:12 | FRE 402, 403 | 109:13-23 |
| 110:7-110:10 | FRE 402, 403 | |

| Designation | Designation Objection | Counter Designation |
|:---:|:---:|:---:|
| 110:24-111:8 | FRE 402, 403 | 111:9-25 |
| 113:2-113:15 | FRE 402 | |
| 113:17-113:22 | FRE 402 | 113:23-25 |
| 114:1-114:5 | FRE 402 | |
| 118:22-118:25 | FRE 402, 403 | |
| 119:3-119:8 | FRE 402, 403 | |
| 120:10-121:22 | FRE 402, 403 | |
| 121:24-122:4 | FRE 402, 403 | |
| 124:2-124:19 | FRE 402, 403 | |
| 128:12-128:14 | FRE 402, 403 | |
| 129:11-129:14 | FRE 402, 403 | 128:25-129:10 |
| 130:4-130:11 | FRE 402, 403 | |
| 130:13-130:16 | FRE 402, 403 | 130:17-25 |
| 131:17-131:21 | FRE 402, 403 | |
| 131:23-132:12 | FRE 402, 403 | |
| 132:15-132:22 | FRE 402, 403 | |
| 132:24-133:8 | FRE 402, 403 | |
| 133:16-133:18 | FRE 402, 403 | |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 133:23-133:25 | FRE 402, 403 | |
| 134:2-134:3 | FRE 402, 403 | |
| 134:19-135:4 | FRE 402, 403 | |
| 135:9-135:13 | FRE 402, 403 | 135:14-25 |
| 136:1-136:4 | FRE 402, 403 | 135:14-25 |
| 136:6 | FRE 402, 403 | |
| 136:19-136:20 | FRE 402, 403 | |
| 136:22-136:24 | FRE 402, 403 | |
| 138:17-138:24 | FRE 402 | 138:25-139:8, 139:16-21 |
| 140:5-140:8 | FRE 402 | |
| 141:5-141:7 | FRE 402 | |
| 141:17-141:18 | FRE 402 | |
| 141:20-142:2 | FRE 402 | |
| 142:4-142:17 | FRE 402 | 142:18-22 |
| 142:23-142:24 | FRE 402 | |
| 143:4-143:16 | FRE 402 | |
| 143:18-143:20 | FRE 402, No Testimony | |
| 144:20-144:23 | FRE 402, 403 | |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 144:25-145:11 | FRE 402, 403 | |
| 146:4-146:6 | FRE 402, 403, No Testimony | |
| 146:10-146:19 | FRE 402, 403 | 146:20-147:3 |
| 147:4-147:5 | FRE 402, 403 | 146:20-147:3 |
| 147:7-147:13 | FRE 402, 403 | |
| 157:22-158:1 | FRE 402, 403 | |
| 158:3-158:5 | FRE 402, 403 | 158:6-9 |
| 158:10-158:12 | FRE 402, 403 | 158:6-9 |
| 158:14-159:2 | FRE 402, 403 | 159:3-5 |
| 182:18-182:21 | FRE 402, 403 | 182:22-183:5 |
| 183:6-183:10 | FRE 402 | 182:22-183:5 |
| 187:22-187:24 | FRE 402, No Testimony | |
| 188:4-188:7 | FRE 402 | |
| 191:20-192:6 | FRE 402 | 192:7-193:8 |
| 193:9-193:13 | FRE 402 | 192:7-193:8 |
| 199:10-199:15 | No Testimony (199:10-12), FRE 402, 403 | |
| 199:17-200:5 | FRE 402 | |
| 200:7-200:12 | FRE 402 | |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 200:15-200:22 | FRE 402 | |
| 204:4-204:10 | No Testimony, Testimony of Counsel, FRE 402, 403 | |
| 204:20-205:1 | FRE 402, 403 | |
| 205:3-205:14 | FRE 402, 403 | |
| 205:16-206:8 | FRE 402, No Testimony (205:20-23) | |
| 206:10-207:1 | No Testimony (206:23-207:1), FRE 402, 403 | |
| 207:19-207:21 | FRE 402, 403 | |
| 208:1-210:7 | FRE 402, 403 | |
| 210:14-211:16 | FRE 402, FRE 403, Scope, No Personal Knowledge (211:6-11 and 211:12-212:7), Compound, Misstates Record, Foundation (211:12-22) | |
| 211:23-212:1 | FRE 402 | |
| 212:6-212:11 | FRE 402 | |
| 213:9-213:24 | FRE 402 | |
| 215:17-216:4 | FRE 402 | |
| 216:7-216:8 | FRE 402 | |
| 216:12-216:14 | FRE 402 | |
| 220:17-220:19 | FRE 402, 403 | |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 222:2-223:12 | Vague (222:2-14), FRE 402, 403 | |
| 223:14-223:15 | FRE 402, 403 | 223:16-224:5 |
| 224:12-224:25 | FRE 402, 403 | |
| 225:2-225:3 | FRE 402, 403 | |
| 225:8-225:17 | FRE 402, 403 | |
| 228:10-228:25 | FRE 402, 403 | |
| 229:3-229:8 | FRE 402, 403 | |
| 230:1-230:16 | FRE 402, 403 | |
| 232:16-233:18 | FRE 402 | |
| 233:20-234:1 | FRE 402, Improper Hypothetical (233:24-234:1), | |
| 234:3-234:6 | FRE 402, FRE 403, Improper Hypothetical | |
| 234:14-234:19 | FRE 402, FRE 403, Improper Hypothetical | |
| 234:22-235:2 | FRE 402, FRE 403, Improper Hypothetical | |
| 235:4-235:4 | FRE 402, FRE 403, Improper Hypothetical | |
| 236:17-237:1 | FRE 402, 403 | |
| 237:7-237:22 | FRE 402, 403 | |
| 238:20-238:24 | FRE 402, 403 | |
| 239:2-239:8 | FRE 402, 403 | 239:13-21 |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 241:2-241:7 | FRE 402, 403 | |
| 241:12-242:2 | FRE 402, 403 | |
| 242:4-242:6 | FRE 402, 403 | |
| 243:6-244:20 | FRE 402, 403 (243:20-244:20) | |
| 245:1-245:5 | FRE 402, 403 | |
| 245:16-245:18 | FRE 402, 403 | |
| 245:23-246:8 | FRE 402 | |
| 247:1-247:17 | FRE 402, 403 | |
| 248:2-248:5 | FRE 402, 403 | |
| 249:14-249:23 | FRE 402, 403 | |
| 250:1-250:5 | FRE 402, 403 | |
| 251:17-251:20 | FRE 402, 403 | |
| 251:24-252:5 | FRE 402, 403 | |
| 252:13-252:16 | FRE 402, 403 | |
| 252:18-252:18 | FRE 402, 403 | |
| 253:8-253:10 | FRE 402, 403 | |
| 253:14-253:15 | FRE 402, 403 | |
| 254:23-255:3 | FRE 402, 403 | |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 255:5-255:11 | FRE 402, 403 | |
| 260:14-260:19 | FRE 402, 403 | |
| 260:23-262:14 | FRE 402, 403 | |
| 262:16-262:17 | FRE 402, 403 | |

### THOMAS J. EICH, July 14, 2016

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 6:19 (starting with "My")- 6:24 | FRE 402 | |
| 7:11-7:12 | FRE 402 | |
| 12:3-12:6 | FRE 402 | |
| 12:18-12:19 | FRE 402 | |
| 12:22-13:13 | FRE 402 | |
| 14:1-14:4 | FRE 402 | |
| 21:7-21:22 | FRE 402, 403 | 21:23-22:4, 23:1-11 |
| 23:12-24:13 | FRE 402, 403 | |
| 24:19-25:6 | FRE 402, 403 | 25:7-8 |
| 25:9-25:14 | FRE 402, 403 | 25:15-21 |
| 28:22-28:25 (ending with "recall.") | FRE 402, 403 | 28:25-29:1 |

| Designation | Designation Objection | Counter Designation |
|:---:|:---:|:---:|
| 32:16-33:11 | FRE 402 | 33:12-34:6 |
| 34:7-34:10 | FRE 402 | |
| 38:1-38:12 | FRE 402, 403 | 36:25-37:8 |
| 39:6-39:14 | FRE 402 | |
| 40:8-40:18 | FRE 402, 403 | |
| 42:20-42:24 | FRE 402, 403 | 42:25-43:4 |
| 43:18-44:18 | FRE 402 | |
| 45:2-45:16 | FRE 402, 403, Subject to MIL | 44:21-23 |
| 47:19-47:23 | FRE 402, 403 | |
| 48:1-50:12 | FRE 402 | 48:1-49:15 |
| 50:16-51:6 | FRE 402 | 51:7-19 |
| 51:20-52:1 | FRE 402 | |
| 52:14-52:18 | FRE 402 | |
| 54:20-55:11 | FRE 402, 403 | |
| 55:20-55:22 | FRE 402, 403 | |
| 57:13 (starting with "was")- 57:23 | FRE 402, 403 | |
| 59:2-59:5 | FRE 402, 403 | |
| 59:24-60:19 | FRE 402, 403 | 59:18-59:23 |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 61:13-61:16 | No Testimony, FRE 402 | |
| 62:8-63:6 | FRE 402 | 63:7-63:17 |
| 63:18-63:22 (ending with "of.") | FRE 402 | 63:22-63:25 |
| 65:10-65:23 (ending with "Yeah.") | FRE 402, 403 | 65:23-65:25 |
| 66:1-66:25 | FRE 402, 403 | 67:3-67:16 |
| 67:20-68:21 | FRE 402, 403 | 68:22-70:2 |
| 88:9-89:5 | FRE 402 | 87:17-87:24 |
| 89:14-89:17 | FRE 402 | |
| 90:20-91:18 | FRE 402 | |
| 92:3-92:7 | FRE 402 | |
| 93:1-93:8 | FRE 402 | |
| 97:17-100:8 | FRE 402 | |
| 100:11-101:6 | FRE 402 | 101:7-19 |
| 101:21-101:22 (ending with "Manual.") | FRE 402 | |
| 102:18 (starting with "I'm") - 102:19 | FRE 402 | |
| 102:21-103:23 | FRE 802, 402, 403 | |
| 104:21-106:1 | FRE 402 | 104:13-20, 106:11-19, 106:21-107:1 |
| 111:3-112:19 | FRE 402 | |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 121:7-121:11 | FRE 402 | |
| 121:20-122:7 | FRE 402, 403 | |
| 123:13-124:6 | FRE 402, 403, Subject to MIL | |
| 134:7-136:2 | FRE 402, 403 | |
| 136:9-136:24 | FRE 402, 403 | 137:19-138:2 |
| 138:12-138:19 | FRE 402, 403 | |
| 138:24 (starting with "You")- 139:10 | FRE 402, 403 | 139:11-17 |
| 141:5 (starting with "The")- 141:15 | Completeness, FRE 402, 403 | 141:3-5 |
| 144:11-144:13 | FRE 402, No Testimony | |
| 144:24-145:9 | FRE 402, 403 | |
| 145:20 (starting with "The")- 145:25 | FRE 402 | |
| 146:6-147:16 | FRE 402, 403 | 146:1-5, 147:17-25 |
| 148:20-148:22 | FRE 402, FRE 403 | 148:23-149:6, 149:10-17 |
| 152:2-152:7 | FRE 402, 403 | 152:13-21 |
| 152:22-152:25 | FRE 402, 403 | 153:1-7, 153:9-15 |
| 191:15-192:12 | FRE 402, 403 | 192:13-18 |
| 192:23-193:25 | FRE 402, 403 | |
| 196:15-196:21 | FRE 402, 403, Badgering | |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 196:25-197:5 | FRE 402, 403, Badgering | |
| 197:14-197:19 | FRE 402, 403 | |
| 197:22-198:2 | FRE 402, 403 | |
| 204:23-207:1 | FRE 402, No Testimony (205:5-6), FRE 802, Foundation (206:3-8) | |
| 238:6-238:9 | FRE 402, 403 | 238:10-16 |

## AMY J. BRICKER, July 15, 2016

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 6:19-6:23 | FRE 402 | |
| 11:6-11:7 | FRE 402 | 11:11-11:23 |
| 32:11 (starting with "When")- 33:13 | FRE 402 | 33:14-35:11, 36:19-36:23 |
| 51:8-51:25 | FRE 402, 403, Foundation | 52:1 |
| 52:2-52:6 | FRE 402, 403, Foundation | 52:7-52:16, 52:18-52:20, 52:22-52:25 |
| 60: 10 (starting with "I")- 60:17 | FRE 402, 403 | 60:18 |
| 60:19-60:25 | FRE 402, 403 | 61:1 |
| 61:2-61:14 | FRE 402, 403 | 61:15 |
| 61:16-61:24 | FRE 402, 403 | 61:25-62:12 |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 62:24-63:11 | FRE 402, 403 | |
| 63:13-63:13 | FRE 402 | |
| 63:18-63:20 | FRE 402, 403 | 63:21 |
| 63:22-63:24 | FRE 402, 403 | 64:18-64:19, 64:21-65:8, 65:10-65:14 |
| 71:25-73:10 | FRE 402 | |
| 74:3-74:16 | FRE 402 | |
| 75:3-76:10 (ending with "clients.") | FRE 402, Completeness | 76:10-76:21 |
| 76:22-76:24 (ending with "specifically.") | FRE 402, Completeness | 76:24-77:23, 77:25-78:12 |
| 80:19-81:5 | FRE 402 | 81:6-81:12 |
| 81:13-82:7 | FRE 402, 403 | |
| 82:10 (starting with "And")- 82:25 | FRE 402, Completeness | 82:8-82:10, 83:20-84:9 |
| 84:15-84:16 | FRE 402 | |
| 84:22-85:6 | FRE 402 | |
| 87:3-89:1 | FRE 402, FRE 602 (88:3-5) | |
| 90:15 (starting with "When")- 91:4 | FRE 402 | |
| 93:3-93:11 | FRE 402, 403 | 92:7-92:21, 93:12 |
| 93:13-93:23 | FRE 402,  403 | |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 95:23-96:6 | FRE 402, FRE 403, Vague, Compound | 96:7 |
| 96:8 | FRE 402 | |
| 96:11-97:6 | FRE 402, 403, Foundation | |
| 98:17-99:7 | FRE 402 | |
| 100:21-101:17 | FRE 402, 403, Foundation | 99:14-100:20 |
| 103:15 (starting with "Do")-103:18 | FRE 402, 403, Foundation | 103:19-104:7 |
| 113:1-113:4 | FRE 402, 403, No Testimony | |
| 116:18-119:2 | FRE 402, 403 | |
| 119:4-119:17 | FRE 402, 403 | |
| 120:2-121:9 | FRE 402, 403 | 122:16-122:18,122:20-122:25 |
| 124:19-124:21 | FRE 402 | |
| 124:23-125:6 | FRE 402 | 125:7-125:21 |
| 126:3-126:13 | FRE 402 | |
| 126:20 (starting with "This")-126:21 (ending with "copy") | FRE 402, No Testimony, Attorney Testimony | |
| 127:2-127:18 | FRE 402, FRE 403 (127:15-127:18) | |
| 127:20-129:6 | FRE 402, 403 | 129:7-130:25, 283:14-283:24 |
| 131:1-131:22 | FRE 402 | |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 131:24-132:1 | FRE 402, 403 | |
| 132:3-132:17 | FRE 402, 403 (132:14-132:17) | |
| 132:20-133:25 | FRE 402, 403 (132:20-133:6) | |
| 135:6-135:8 | FRE 402, 403 | |
| 135:10-135:12 | FRE 402, 403 | |
| 135:21-136:1 | FRE 402, 403, No Testimony, Attorney Testimony | |
| 137:3-137:13 | FRE 402, 403 (137:11-137:13) | |
| 137:17-138:12 | FRE 402, 403 (138:9-138:12) | 138:13-138:14 |
| 138:15-138:24 | FRE 402, FRE 403 (138:15), FRE 402, 403 (138:19-138:24), Vague, Compound | 138:25 |
| 139:1-139:17 | FRE 402, 403, Vague (139:1-139:5), FRE 402, 403 (139:13-139:17) | |
| 139:20-140:3 | FRE 402, 403 (139:20-23), Attorney Argument, FRE 402, 403 (140:2-140:3), Vague, Compound | 140:7-140:9 (completeness) |
| 141:1-142:5 | FRE 402, 403 (141:1-141:6), Attorney Argument, FRE 402, 403 (141:14-142:5) | |
| 146:9-146:25 | FRE 402, 403 (146:9-146:12), FRE 402, 403 (146:13-146:25) | 145:24-146:2, 146:4-146:8, 147:1-147:4, 147:6-147:7, 264:13-264:18, 285:1-285:5 |
| 148:13-148:19 | FRE 402, FRE 403 (148:18-19 ) | |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 148:21-149:11 | FRE 402, 403 (148:21-23), Attorney Argument, FRE 402, 403 (149:8-11) | 149:12-149:14 |
| 149:15-149:18 | FRE 402, FRE 403 (149:15-18 ) | |
| 150:11-150:13 | FRE 402, FRE 403 | 150:19-150:22, 151:12-151:15 |
| 154:2-154:5 | Attorney Argument, FRE 402, FRE 403 | |
| 154:9-154:15 | Attorney Argument, Foundation, FRE 402, 403 | |
| 154:18-154:23 | Attorney Argument, Foundation, FRE 402, 403 | |
| 155:2-155:11 | Attorney Argument, Foundation, FRE 402, 403 | |
| 155:18-155:19 | FRE 402 | 155:25-156:2 |
| 156:3-156:5 | FRE 402, 403 | |
| 156:12-156:20 | FRE 402, 403 | |
| 156:22-157:3 | FRE 402, 403 | |
| 157:10-157:12 | FRE 402, 403 | 157:4-157:9 |
| 157:18-158:7 | FRE 402, 403 (157:18-19), FRE 402, 403, foundation (157:20-22), FRE 402, 403, Foundation (158:3-7) | 157:13-157:17 |
| 158:9-160:5 | FRE 402, 403, 602 | |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 160:8-160:16 | FRE 402, 403 | |
| 160:18-160:18 | FRE 402, 403 | 160:19-160:23, 160:25-161:5 |
| 161:6-161:17 | FRE 402, 403 | |
| 161:20-162:14 | FRE 402, 403, Foundation | |
| 162:16-163:4 | FRE 402, 403, Foundation, Attorney Argument | |
| 163:6-163:12 | FRE 402, 403, Foundation | |
| 163:14-163:18 | FRE 402, 403, Foundation | |
| 163:20-163:20 | FRE 402, 403, Foundation | 163:21-164:1 (completeness), 164:8-164:10, 164:12-164:19 |
| 165:1-165:4 | FRE 402, 403 | |
| 165:8-165:17 | FRE 402, 403, 602, Foundation | |
| 165:21-166:4 | FRE 402, 403, 602, Foundation | |
| 166:6-166:25 | FRE 402, 403, 602 (166:6-166:7), FRE 402, 403 (166:8-10) | |
| 184:22-185:12 | FRE 402, 403, 602 | |
| 186:5-186:9 | FRE 402, 403, 602 | |
| 200:6 (starting with "I")-200:9 | FRE 402 | |
| 200:16-201:10 | FRE 402, 403 Foundation (201:7-10) | |
| 201:12-201:18 | FRE 402, 403, 602, Foundation | |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 201:20-201:20 (ending with "practice.") | FRE 402, 403, 602, Foundation, Completeness | 201:20-24, 201:25-202:12, 202:13-14 202:16-19, 202:20-22, |
| 203:5-203:7 | FRE 402, 403, Foundation | |
| 203:9-203:15 | FRE 402, 403 (203:13-15 ) | |
| 203:17-204:3 | FRE 402, 403 | |
| 204:5-204:11 | FRE 402, 403 | |
| 204:13-204:13 (ending with "Yes.") | FRE 402, Completeness | 204:13-18 |
| 205:21-206:1 | FRE 402, 403, 602 | |
| 206:9-206:15 (ending with "Copay.") | FRE 402, Completeness | 206:16-20 |
| 206:21-206:23 | FRE 402 | |
| 208:15 (starting with "My")-208:17 | FRE 402, 403, 602, Completeness | 208:3-7, 208:9-10, 208:11-15 |
| 208:20-208:20 | FRE 402, 403, 602 | 208:23-25 |
| 209:6 (starting with "I'm")-209:13 | FRE 402, 403, 602 | 209:2-4, 209:5-6, 209:14-15, 209:17-19, 209:20-25, 210:2-4, 210:5 210:6-10, 210:12-211:2 243:4-245:21, 264:6-11 264:13-18 |
| 274:19-274:22 | FRE 402, 403 | |
| 274:24-275:12 | FRE 402, 403, 602 | |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 275:15-275:25 | FRE 402, 403, 602, 802, Foundation | |
| 276:2-276:5 | FRE 402, 403, 602, 802, Foundation | |
| 276:7-276:25 | FRE 402, 403, 602, 802, Foundation | |
| 277:4-277:8 | FRE 402, 403, 602, 802, Foundation, Completeness | 277:3 |
| 277:13-277:19 | FRE 402, 403, 602, 802, Foundation | |
| 277:23-278:11 | FRE 402, 403, 602, 802, Foundation | |
| 278:14-278:25 | FRE 402, FRE 403, FRE 602, FRE 802, Foundation | |
| 279:2-280:2 | FRE 402, FRE 403, FRE 602, FRE 802, Foundation | |
| 280:4-280:17 | FRE 402, 403, 602, 802, Foundation | |
| 280:20-281:19 | FRE 402, 403, 602, 802, Foundation | |
| 281:22-282:4 | FRE 402, 403, 602, 802, Foundation | 283:2-11, 283:14-24, 284:18-21, 285:1-5 |

## MATTHEW I. BERNSTEIN, April 26, 2018

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 6:14-6:18 | FRE 402 | |
| 8:4-8:9 | FRE 402 | |
| 12:14-13:2 | FRE 402 | |
| 13:6-13:20 | FRE 402 | |
| 14:16-16:8 | FRE 402 | |
| 16:25-17:18 | FRE 402 | |
| 17:24-18:8 | FRE 402 | |
| 21:15-22:25 | FRE 402 | |
| 24:2-24:19 | FRE 402 | |
| 25:22-27:9 | FRE 402 | |
| 28:16-28:20 | FRE 402 | |
| 29:12-30:6 | FRE 402 | |
| 30:9-31:22 | FRE 402 | |
| 33:19-34:9 | FRE 402 | |
| 39:25-40:14 | FRE 402 | |
| 44:11-49:23 | FRE 402 | |
| 62:7-63:18 | FRE 402, 403, Improper Hypothetical, Foundation | |

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 63:20-64:6 | FRE 402, 403, Improper Hypothetical, Foundation | |
| 64:13-65:5 | FRE 402, 403, Improper Hypothetical, Foundation | |
| 65:11-66:4 | FRE 402, 403 | |
| 66:9-67:7 | FRE 402, 403 | |
| 67:10-67:15 | FRE 402, 403 | |
| 67:19-68:25 | FRE 402, 403 | |
| 69:15-70:6 | FRE 402 | |
| 70:12-70:21 | FRE 402 | |
| 73:10-73:11 | FRE 402, 403, Subject to MIL | |
| 73:16-74:10 | FRE 402, 403, Subject to MIL | 80:19-81:21 |

## Counter to HM New Jersey's Poirier Designation

| Designation | Designation Objection | Counter Designation |
|---|---|---|
| 26:21-27:5 | Completeness | 27:6-9 |

Dated: November 12, 2018                    **HUSCH BLACKWELL LLP**


By: ___/s/ Christopher A. Smith_____
Christopher A. Smith, #53266MO
Sarah C. Hellmann, #50373MO
Jason Husgen, #66761MO
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
(314) 480-1500 Telephone
(314) 480-1505 Facsimile
kyle.seelbach@huschblackwell.com
sarah.hellmann@huschblackwell.com
jason.husgen@huschblackwell.com


Michael J. Lyle (admitted *pro hac vice*)
Eric C. Lyttle (admitted *pro hac vice*)
Meghan A. McCaffrey (admitted *pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, D.C. 20005
(202) 538-8000 Telephone
(202) 538-8100 Facsimile
mikelyle@quinnemanuel.com
ericlyttle@quinnemanuel.com
meghanmccaffrey@quinnemanuel.com

***Attorneys for Defendant Express Scripts, Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of November, 2018, the foregoing was filed electronically with the Clerk of Court, to be served by operation of the Court's electronic filing system upon counsel of record.

         /s/ Christopher A. Smith