# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

## COURTROOM MINUTE SHEET
## CIVIL PROCEEDINGS

**Date** 11/13/18   **Judge** John A. Ross   **Case No.** 4:14-cv-01858-JAR

HM Compounding Services LLC et al   **v**   Express Scripts, Inc.

**Court Reporter** Lisa Paczkowski   **Deputy Clerk** John Bernsen

**Attorney(s) for Plaintiff(s)** Andrew Brenner, Lawrence Ashe
**Attorney(s) for Defendant(s)** Christopher Smith, Michael Lyle, Sarah Hellmann

Parties present for pretrial conference. Defendant Express Scripts, Inc. orally dismisses counts 1, 3, and 4 of the counterclaim to be followed by written memo. Arguments heard re Motions in Limine (doc #'s 544, 586, 587, 549, 550, 551, 553 554, 555) and the motions are ruled per the record.

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that _____

☐ Exhibits returned to and retained by counsel

Proceedings: 9:02AM- 10:20AM