UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HM COMPOUNDING SERVICES, LLC, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 4:14-CV-01858 JAR<br>) |
| EXPRESS SCRIPTS, INC., | )<br>) |
| Defendant. | ) |

## ORDER

Based on the Court's findings in its Memorandum and Order granting summary judgment in favor of Express Scripts on Plaintiffs' breach of contract claim (Doc. No. 580) and rulings on the record,

**IT IS HEREBY ORDERED** that Defendant Express Scripts, Inc.'s Motion for Judgment as a Matter of Law under Rule 56(f) on Liability for Count II of its Counterclaim [582] is **GRANTED.**

Dated this 13th day of November, 2018.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JOHN A. ROSS
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE