# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

## COURTROOM MINUTE SHEET
## CIVIL PROCEEDINGS

**Date** 11/13/18 **Judge** John A. Ross **Case No.** 4:14-cv-01858-JAR

HM Compounding Services LLC et al **v** Express Scripts, Inc.

**Court Reporter** Lisa Paczkowski **Deputy Clerk** John Bernsen

**Attorney(s) for Plaintiff(s)** Andrew Brenner, Lawrence Ashe
**Attorney(s) for Defendant(s)** Christopher Smith, Michael Lyle, Sarah Hellmann

Parties present for Jury Trial. The parties announce that the case is settled. Order to follow.

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that

☐ Exhibits returned to and retained by counsel

Proceedings: 3:07PM-3:20PM