**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| HM COMPOUNDING SERVICES, LLC, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 4:14-CV-01858 JAR |
| EXPRESS SCRIPTS, INC., | )<br>)<br>) |
| Defendant. | ) |

## ORDER

Having been advised that the parties have reached a settlement of this matter, and in accordance with the record made,

**IT IS HEREBY ORDERED** that the parties are granted thirty (30) days from the date of this Order to file appropriate documents in accordance with their settlement, including the consent judgment, and fifteen (15) days thereafter to file stipulations of dismissal.

**IT IS FURTHER ORDERED** by agreement of the parties that jury costs in the amount of $2,480.17 shall be shared equally by the parties and paid within thirty (30) days of the date of this Order to the Clerk of Court, United States District Court, Eastern District of Missouri.

Dated this 13th day of November, 2018.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**