UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HM COMPOUNDING SERVICES, LLC, </br>And HMX SERVICES, LLC, </br> </br>      Plaintiffs/Judgment Debtor, </br>v. </br> </br>EXPRESS SCRIPTS, INC., </br> </br>      Defendant/Judgment Creditor. | ) </br>) </br>) </br>) Case No. 4:14-cv-01858-JAR </br>) </br>) </br>) </br>) </br>) |

## NOTICE OF EXECUTION

Notice is hereby given that a Writ of Execution has been requested by Defendant/Judgment Creditor, Express Scripts, Inc. for execution upon the assets of Plaintiff/Judgment Debtor, Vividus, LLC, a successor by merger to HMX Services, LLC, in the sum of $20,073,972.60 as and for the principal balance unsatisfied on the judgment rendered herein and in the sum of $20,000,000.00 (as and for prejudgment interest to the date of trial, for an aggregate balance due of $20,073,972.60) pursuant to this Court's Judgment entered January 28, 2019, plus $4,931.5068 per diem as post-judgment interest (calculated as $20,000,000.00 x 9 % divided by 365 days) from and after January 28, 2019 until the date the judgment is satisfied.

Summons to garnishee is to be returnable in 30 days, and summons is to issue to: Vividus, LLC, a successor by merger to HMX Services, LLC.

**TO:**    **JP Morgan Chase Bank N.A.**
           **c/o CT Corporation System, Registered Agent**
           **1200 S. Pine Island Road**
           **Plantation, FL 33324**

           **JP Morgan Chase Bank N.A.**
           **Court Orders and Levies Department**
           **P. O. Box 183164**
           **Columbus, OH  43218**
           **Fax:  (866) 699-0618**

2

Dated:  February 13, 2019　　　　　　　　HUSCH BLACKWELL LLP

　　　　　　　　　　　　　　　　　By:　*/s/ Christopher C. Miles*
　　　　　　　　　　　　　　　　　　　Christopher C. Miles, MBE #63654
　　　　　　　　　　　　　　　　　　　4801 Main Street, Suite 1000
　　　　　　　　　　　　　　　　　　　Kansas City, MO  64112
　　　　　　　　　　　　　　　　　　　Telephone:     (816) 983-8000
　　　　　　　　　　　　　　　　　　　Facsimile:      (816) 983-8080
　　　　　　　　　　　　　　　　　　　Christopher.miles@huschblackwell.com
　　　　　　　　　　　　　　　　　　　Attorney for Judgment Creditor/Defendant

DocID: 4830-0872-7944.1