UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HM COMPOUNDING SERVICES, LLC,<br>And HMX SERVICES, LLC,<br><br>         Plaintiffs/Judgment Debtor,<br>   v.<br><br>EXPRESS SCRIPTS, INC.,<br><br>         Defendant/Judgment Creditor. | )<br>)<br>)<br>) Case No. 4:14-cv-01858-JAR<br>)<br>) Returnable:  30 Days<br>)<br>)<br>) |

## SUMMONS OF GARNISHEE

**TO:**   **JP Morgan Chase Bank N.A.**
**c/o CT Corporation System, Registered Agent**
**1200 S. Pine Island Road**
**Plantation, FL 33324**

**JP Morgan Chase Bank N.A.**
**Court Orders and Levies Department**
**P. O. Box 183164**
**Columbus, OH  43218**
**Fax:  (866) 699-0618**

Note:  This garnishment is directed to any and all property belonging to and assets of Plaintiff and Judgment Debtor, Vividus, LLC, a successor by merger to HMX Services, LLC, including but not limited to any and all depository accounts held in the name of or for the benefit of Vividus, LLC, a successor by merger to HMX Services, LLC, any income or debts due to said Plaintiff and Judgment Debtor, and any other property of whatever type belonging to Plaintiff and Judgment Debtor individually or jointly with any other person or entity, which is in your custody or control, and which is subject to garnishment.

I, the undersigned United States Marshal and/or Special Process Server, DO DECLARE

TO YOU that I do attach, levy upon and seize in your hands, not to exceed statutory limitations

as provided in 15 U.S.C. Sections 1671-1677 and V.A.M.S. 525.030, all debts owing by you and

to the above named Plaintiff and Judgment Debtor, Vividus, LLC, a successor by merger to

HMX Services, LLC, together with all property, money, rights, credits, bonds, bills, notes, drafts,

1

checks and other choices in action, and also all other personal property, as well as other kinds of property whatsoever liable to garnishment of said Judgment Debtor in your possession or charge or under your control, or now owing by you and all that may come into your possession and charge or control, or become owing by you, between this time and the time of filing your answer herein.

AND I FURTHER DECLARE TO YOU that I do attach, levy upon and seize in your hands all debts now due from you to the said Plaintiff and Judgment Debtor, Vividus, LLC, a successor by merger to HMX Services, LLC, as well as all that may become due hereafter and before said time of your answer, not to exceed statutory limitations as provided in 15 U.S.C. Sections 1671-1677 and V.A.M.S. 525.030, or so much thereof as shall be sufficient to satisfy the sum of $20,000,000.00, plus per diem interest from and after January 28, 2019 at the rate of $4,931.5068 per day (calculated as $20,000,000.00 x 9% divided by 365 days) until the date the judgment is satisfied, plus costs.

AND I FURTHER DECLARE TO YOU that you are hereby summoned and required to mail, or exhibit and file, your original answer to the Interrogatories served simultaneously with this Notice and Summons of Garnishment within (10) days after the return date of the Writ of Execution (30 days from the date of the issuance of the Writ), also the return date of the Notice of Garnishment and Summons, to the Clerk of the said Court at:

>	Clerk, United States District Court
>	111 South Tenth Street, Suite 3.300
>	St. Louis, MO 63102

And mail a copy of the answer to defendant's attorney at:

>	Christopher Miles
>	Husch Blackwell LLP
>	4801 Main Street, Suite 1000
>	Kansas City, MO 64112

otherwise, YOU ARE HEREBY SUMMONED to be and appear before the court on said day, then and there to answer upon oath such allegations and interrogatories as have been exhibited to you by Defendant, and abide by the further order of the Court.

Given under my hand at St. Louis, Missouri, this \_\_\_\_ day of _____, 2019.

United States Marshall, Eastern District of Missouri / Special Process Server

_____
Deputy

_____
Date

DocID: 4850-8189-3768.1