UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HM COMPOUNDING SERVICES, LLC,<br>And HMX SERVICES, LLC, | )<br>)<br>) |
| Plaintiffs/Judgment Debtor, | ) Case No. 4:14-cv-01858-JAR |
| v. | )<br>) |
| EXPRESS SCRIPTS, INC., | )<br>) |
| Defendant/Judgment Creditor. | ) |

## WRIT OF EXECUTION

UNITED STATES OF AMERICA, Eastern District of Missouri;

The President of the United States of America, To the Marshall of the United States in and for the Eastern District of Missouri and/or Special Process Server;

GREETINGS:

WHEREAS, on the 28th day of January, 2019 at the District Court of the United States for the Eastern District of Missouri, Eastern Division, before our Judge thereof, Defendant Express Scripts, Inc. recovered against Plaintiff Vividus, LLC, a successor by merger to HMX Services, LLC damages in the amount of $20,000,000.00 as and for the principal balance unsatisfied on the judgment rendered herein and in the sum of $20,000,000.00 (as and for prejudgment interest to the date of trial, for an aggregate balance due of $20,073,972.60) pursuant to this Court's Judgment entered January 28, 2019, plus $4,931.5068 per diem as post judgment interest (calculated as $20,000,000.00 x 9% divided by 365 days) from and after January 28, 2019, until the date the judgment is satisfied, in an action decided in said court, as appears to us of record, of which no portion of said sum has been paid.

1

THERE ARE, THEREFORE, to command you, that of the goods and chattels, land and tenaments of the said Plaintiff and Judgment Debtor, Vividus, LLC, a successor by merger to HMX Services, LLC, you cause to be made the unpaid balance of $20,000,000.00, plus per diem interest from and after January 28, 2019, at the rate of $4,931.5068 per day until the date the judgment is satisfied, and that you have the same before the Judge of our said court on thirty (30) days, to render to the same Defendant, Express Scripts, Inc., and that you certify to our said Judge how you execute this writ.

WITNESS, THE Judge of the United States District Court for the Eastern District of Missouri, this \_\_\_th day of _____, 2019.  Issued at office in the City of St. Louis, under seal of said District Court, the day and year last mentioned.

CLERK, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

By:_____
      Deputy Clerk

Case No. _____    Marshal's Docket No. _____

| | |
|---|---|
| Judgment | $20,000,000.00 |
| Postjudgment interest through 2/12/19 | $       73,972.60 |
| Total as of 2/12/19 | $20,073,972.60 |

DocID: 4827-8092-4552.1