IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

HM COMPOUNDING SERVICES,
LLC, *et al.*,

      Plaintiffs,

  v.

EXPRESS SCRIPTS, INC.,

      Defendant.

Case No.  4:14-CV-01858 (JAR)

### **UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

COME NOW Lawrence V. Ashe, Andrew S. Brenner, Tyler E. Ulrich, Steven Davis[1] and the law firm of Boies Schiller Flexner LLP, and hereby move to withdraw as counsel of record for Plaintiffs HM Compounding Services, LLC and HMX Services, LLC.  The Court has entered a Consent Judgment and the Order of Dismissal is awaiting entry.[2]  This concludes the matters for which undersigned counsel was retained.

Undersigned counsel conferred with Spencer Malkin, corporate representative for Plaintiffs, and is informed that Plaintiffs do not oppose this Motion.

---

[1] Kristina Infante and Shani Rivaux are no longer with Boies Schiller Flexner LLP and should be withdrawn as counsel for Plaintiffs for the purpose of the record.
[2] Notice of compliance with the sanction order is to be filed by Express Scripts upon receipt of funds.

Undersigned counsel conferred with counsel for Defendant and is informed that Defendant does not oppose this Motion.

WHEREFORE, Lawrence V. Ashe, Andrew S. Brenner, Tyler E. Ulrich, Steven Davis and the law firm of Boies Schiller Flexner LLP respectfully request that this Court grant this Motion to Withdraw as Counsel.

Respectfully submitted,

/s/  Lawrence V. Ashe
Lawrence V. Ashe
Florida Bar No. 932280
E-mail: lashe@bsfllp.com
Andrew S. Brenner
Florida Bar No. 978663
E-mail: abrenner@bsfllp.com
Tyler E. Ulrich
Florida Bar No. 94705
E-mail: tulrich@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 S.E. Second Street, Suite 2800
Miami, Florida 33131
Tel: 305.539.8400
Fax: 305.539.1307

*Attorneys for Plaintiffs (Pro Hac Vice)*
*HM Compounding Services, LLC*
*and HMX Services, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of February, 2019, a true and correct copy of the foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

*/s/ Lawrence V. Ashe*
Lawrence V. Ashe