# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| HM COMPOUNDING SERVICES, LLC, and HMX SERVICES, LLC, )<br>Plaintiffs,<br>v.<br>EXPRESS SCRIPTS, INC.,<br>Defendant. | Case No. 4:14-cv-01858 (JAR) |

## NOTICE OF SATISFACTION OF SANCTIONS PAYMENT

Defendant Express Scripts, Inc. ("Express Scripts") hereby provides notice to the Court that the fees and costs due to Express Scripts pursuant to the Sanctions Order (Doc. No. 595) have been satisfied.

Dated: February 15, 2019

Respectfully Submitted,

HUSCH BLACKWELL LLP

/s/ Christopher A. Smith
Christopher A. Smith, #53266MO
Sarah C. Hellmann, #50373MO
Jason Husgen, #66761MO
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
P: (314) 480-1500
F: (314) 480-1505
chris.smith@huschblackwell.com
Sarah.hellmann@huschblackwell.com
jason.husgen@huschblackwell.com

Michael J. Lyle (pro hac vice)
Eric C. Lyttle (pro hac vice)

4828-8297-9720.1

>Meghan A. McCaffrey (pro hac vice)
>QUINN EMANUEL URQUHART &
>SULLIVAN, LLP
>1300 I Street NW, Suite 900
>Washington, DC 20005
>P: (202) 538-8000
>F: (202) 538-8100
>mikelyle@quinnemanuel.com
>ericlyttle@quinnemanuel.com
>meghanmccaffrey@quinnemanuel.com
>
>***Attorneys for Defendants/Counter-Plaintiff Express Scripts, Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of February, 2019, the foregoing was filed electronically with the Clerk of Court, to be served by operation of the Court's electronic filing system upon all counsel of record.

>/s/   Christopher A. Smith